1IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALPHARD HOLLAND,<br><br>Plaintiff,<br><br>v.<br><br>MENARD, INC.,<br><br>Defendant. | Case No.: 1:23-cv-02837<br><br>Honorable Mary M. Rowland<br><br>Honorable Maria Valdez<br>Magistrate Judge |

## JOINT STATUS REPORT

Pursuant to the Court's August 23, 2023 MINUTE entry, Plaintiff, ALPHARD HOLLAND, and Defendant, MENARD, INC., by and through its undersigned attorneys, jointly submit the following Status Report:

**I.** **Status of Discovery**

    **A.** **(1)** Rule 26(a)(1) disclosures;

        completed.

    **(2)** **issuing the first set of written discovery requests;**

        completed.

    **(3)** **Answers to written discovery.**

        completed.

    **B.** **(1) Depositions**

        a. **Plaintiff**
Plaintiff's deposition was set for 10/27/23 was canceled by Defendant. The deposition is now reset for 11/17/23 at 9am.

        b. **Defendants**
**Tony Hill, general manager –** Plaintiff's counsel has requested this deposition and is waiting for Defendant's counsel to provide dates for this deposition.

**Ana Figueroa, front-end manager -** Plaintiff's counsel has requested this deposition and is waiting for Defendant's counsel to provide dates for this deposition.

1

**Jerome Coleman, team member -** Plaintiff's counsel has requested this deposition and is waiting for Defendant's counsel to provide dates for this deposition.

c. **Medical Providers**

None have been scheduled at present

**II.     State whether the parties request a settlement conference at this time.**

The parties do not request a settlement conference at this time.

DATED: October 30, 2023

**ALPHARD HOLLAND**

By: /s/Michael Silverman

Michael Silverman
Horwitz, Horwitz and Associates
25 East Washington Street
Suite 900
Chicago, Illinois 60602
312-372-8822
silverman@horwitzlaw.com

Respectfully submitted,

**MENARD, INC.**

By: /s/ Joseph S. Davidson

W. Anthony Andrews
Joseph S. Davidson
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd., Suite 350
Naperville, IL 60563
(630) 682-0085
wandrews@ottosenlaw.com
jdavidson@ottosenlaw.com