**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALPHARD HOLLAND,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>MENARD, INC.,<br><br>　　　　　　　　　Defendant. | No. 23-cv-2837<br><br>Hon. Mary M. Rowland<br>Magistrate Maria Valdez |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COME the Plaintiff, ALPHARD HOLLAND, by and through his attorneys, and pursuant to Fed. R. Civ. Procedure 6, hereby moves that this Honorable Court enter an order consistent with this Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. In support of this motion, the Parties state the following:

1. On July 29, 2024, the Court set the briefing schedule for Menards Motion for Summary Judgment. (Doc. 63).

2. The transcript of Ms. Collazo, a Menard's employee was not completed, and Menards requested an amended briefing schedule which gave Plaintiff until 9/30/24 to respond. (Doc. 64, 65).

3. Plaintiff's counsel had trials that are proceeding on 10/15/24 (Sherman v. Coromandel) and 10/28/24 (Harms v. Miller Rehab) and evidence depositions and expert depositions are being set between now and 10/15/24 including several before 9/30/24.

4. As a result, Plaintiff's counsel does not reasonably believe he will be able to respond by 9/30/24 and requested an extra week from Defendant's counsel on 9/16/24, and Defendant's counsel responded with "no objection."

5. This motion for extension of time if being filed prior to the expiration of the time ordered for Plaintiff to file his response, pursuant to Fed. R. Civil Procedure 6 (b) (1) (A).

6. This motion is made in good faith and not for delay.

7. Plaintiff requests an extension to 10/7/24 to respond to Defendant's Motion for Summary Judgment.

8. Defendant requests an extension to 10/28/24 to reply to Plaintiff's response.

WHEREFORE, the Plaintiff respectfully request that this Honorable Court grant this Motion and extend time for Plaintiff to respond to 10/7/24 and Defendant to reply to 10/28/24.

Respectfully submitted,

By: *S:/ Michael Silverman*
Michael Silverman
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
312-372-8822
clmail@horwitzlaw.com
**Attorney for Alphard Holland**